JOHN R. REMIS, JR. #4593
POB 38112
Honolulu, Hawaii 96837
Telephone No.: (808) 524-4343
Fax: 1-888-502-9102
E-Mail: JRRHNL@aol.com.
Attorney for Defendant
Mie Vivi Wells

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> KENNY T. LUM, MIE VIVI WELLS, REX SCHAUMLEFFEL, SOVEREIGN PACIFIC ASSET MANAGEMENT, MARC MELTON, DOE DEFENDANTS A-Z <br><br> Defendants. | Case No. CV13-00497 LEK/KSC <br><br> STIPULATION EXTENDING TIME TO ANSWER COMPLAINT AND ORDER |

STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

IT IS HEREBY STIPULATED BY AND BETWEEN the attorneys for Plaintiff and Defendant, Mie Vivi Wells in the above-entitled action that the time for Defendant Mie vivi Wells to Answer or otherwise plead and/or move with respect to the Complaint, is hereby extended to February 24, 2014.

DATED: Honolulu, Hawaii, February 14, 2014.

_____
RCO HAWAII, LLLC
CHARLES R. PRATHER, ESQ.
SOFIA HIROSANE McGUIRE, ESQ.
Attorneys for Plaintiff

_____
JOHN R. REMIS, JR.
Attorney for Defendant Wells

SO ORDERED:

_____   FEB 26 2014
Magistrate Judge Kevin S. Chang

## CERTIFICATE OF SERVICE

JOHN R. REMIS, JR., an attorney duly licensed to practice law in the State of Hawaii hereby states that a copy of the foregoing Notice of Appearance of Counsel wlll be served upon the following by hand deliver or depositing same with the U.S. Postal Service, first class mail postage paid and addressed to the following:

CHARLES R. PRATHER, ESQ.
SOFIA HIROSANE McGUIRE, ESQ.
RCO HAWAII, LLLC
900 Fort Street Mall, Ste. 800
Honolulu, HI 96813
Attorneys for Plaintiff

Dated:  Honolulu, Hawaii, February 14, 2014.

_____
JOHN R. REMIS, JR.
Attorney for Defendant, Mie V. Wells