ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 10 2014

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

**JOHN R. REMIS, JR., #4593**
POB 38112
Honolulu, Hawai'i 96837
Telephone: (808) 524-4343
Facsimile: (888) 502-9102
E-Mail: JRRHNL@aol.com

Attorney for Defendant
KENNY T. LUM

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> KENNY T. LUM, MIE VIVI WELLS, REX SCHAUMLEFFEL, SOVEREIGN PACIFIC ASSET MANAGEMENT, MARC MELTON, DOE DEFENDANTS A-Z <br><br> Defendants. | Civil No. CV13-00497 LEK/KSC <br><br> DEFENDANT KENNY T. LUM'S ANSWER TO COMPLAINT FILED SEPETMBER 30, 2013 AND CROSS-CLAIM AGAINST DEFENDANTS SOVEREIGN PACIFIC ASSET MANAGMENET TRUST AND MARC MELTON; CERTIFICATE OF SERVICE |

**DEFENDANT KENNY T. LUM'S ANSWER TO COMPLAINT FILED
SEPTEMBER 30, 2013 AND CROSS-CLAIM AGAINST DEFENDANTS SOVEREIGN
PACIFIC ASSET MANAGEMENT TRUST AND MARC MELTON**

COMES NOW, DEFENDANT, KENNY T. LUM ("LUM"), by and through his attorney, John R. Remis, Jr., and answers the Complaint and Counts l, ll, IV and V of the Complaint (Count lll containing paragraphs 49.-58. being alleged solely against Defendant Marc Melton), as follows:

1. Defendant Lum admits the allegations of the Complaint designated paragraphs 2. (except denies "with an address of 5563 Haleola Street, Honolulu, Hawaii 96821-2003"); 3. (except denies "with an address of 3866 Nikolo Street, Honolulu, Hawaii 96815"); 7. (except denies

reference to the legal description of the Property in Exhibit A as such is a question of law and/or fact for this Court to decide.); 10.; 11. As to the execution as a grantee of a Limited Warranty Apartment Deed but denies knowldege or information sufficient to form a belief as to the remaining allegations in pagraph 11. and refers questions of law and fact to this Court; 12. As to the execution of the mortgage but denies knowldege or information sufficient to form a belief as to the remaining allegations in pagraph 12. and refers questions of law and fact to this Court. 17. Only as to the fact that Defendant Lum executed Exhibit H but denies the remaining allegations and refers questions of law and fact to this Court; 30. Only as to the fact that Defendant Lum executed Exhibit K but denies the remaining allegations and refers questions of law and fact to this Court.; 43. and 65.

     2.     The Complaint fails to state claims against Defendant Lum upon which relief can be granted.

     3.     Plaintiffs Complaint fails to present a justiciable controversy between Plaintiff and Defendant Lum.

     4.     Denies the allegations of the Complaint as set forth in Paragraphs 15, 18, 19, 21, 26, 38, 43 (As Lum loaned money from GMAC and any questions of fact and law are referred to the Court.), 45, 46, 48, 57 (Count III against Melton only but denied as to Lum), 60, 61, 62, 63, 66, 67, 68 and 69 and refers any questions of law and fact presented in said allegations to this Court for determination.

     5.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations of the complaint as set forth in Paragraphs 1, 4, 5, 6, 8, 9, 13, 14, 16, 20, 22, 23, 24, 25, 27, 28, 29, 31, 32, 33, 34, 35, 37, 39, 40, 41, 44, 47, 70 and 71 and refers any questions of law and fact presented in said allegations of the Complaint to this Court for determination.

6. Defendant Lum repeats and reiterates the denials asserted above with respect to the allegations of the Complaint designated in paragraphs 36, 42, 59 and 64 as though same were fully set forth herein.

7.. AS AND FOR AFFIRMATIVE DEFENSES, Defendant Lum alleges to be the victim of fraud and illegality on the part of Co-Defendants Sovereign Pacific Asset Management, Trust, sued herein as Sovereign Pacific Asset Management and Marc Melton, inter alia.

WHEREFORE, Defendant Kenny T. Lum prays as follows:

A. That the Complaint be dismissed and judgment entered in favor of Defendant Kenny T. Lum thereon.

B. That Defendant Kenny T. Lum be awarded reasonable attorney fees and costs in defense of the Complaint.

C. That this Court give Defendant Kenny T. Lum such other and further relief as it may deem just and proper.

DATED: Honolulu, Hawai'i, March 10, 2014.

JOHN R. REMIS, JR.
Attorney for Defendant
Kenny T. Lum

CERTIFICATE OF SERVICE

This will certify that a file-stamped copy of Defendant Kenny T. Lum's Answer to Complaint and Cross-Claim will be duly served upon the person(s) named below by hand delivery and/or by depositing same with a depository of the U.S. Postal Service, first-class postage prepaid on March 10, 2014 at the address(es) indicated below:

TO: RCO HAWAII LLC
CHARELS R. PRATHER, ESQ.
SOFIA HIROSANE MCGUIRE, ESQ.
900 Fort Street Mall, Ste. 800
Honolulu, Hawaii 96813
Attorneys for Plaintiff

SOVEREIGN PACIFIC ASSET MANAGEMENT
1050 Bishop Street, Ste. 188
Honolulu, Hawaii 96813
Co-Defendant and Cross-Defendant, Pro Se

MARC MELTON
1050 Bishop Street, Ste. 203
Honolulu, Hawaii 96813
Co-Defendant and Cross-Defendant, Pro Se

DATED: Honolulu, Hawaii, March 10, 2014.

_____
JOHN R. REMIS, JR.